■ Jessica G., an Infant, by Her Parent and Natural Guardian, Melinda Williams, Respondent, v Ben S. Pennetta et al., Defendants. Athari & Nixon, LLP, Appellant. [823 NYS2d 750]— Appeal from an order of the Supreme Court, Monroe County (Thomas M. Van Strydonck, J.), entered October 5, 2005 in a personal injury action. The order approved the settlement of the action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.